# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Magner, Elizabeth W. | Bankruptcy Court, ED La. | 12/15/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Bankruptcy Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

500 Poydras St. Ste B-741B
New Orleans, La. 70130-3310

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1 |
| 2. Trustee | Trust #2 |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Magner, Elizabeth W. | 12/15/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | Matthew Bender & Co., Inc. | $1,500.00 |
| 2. 2013 | Robert Gaskill, lawsuit settlement | $17,500.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | Wynn Las Vegas gambling winnings |
| 2. 2013 | Jones, Walker-salary |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Bar Association | August 6, 2013 | New Orleans, La. | Speaking | Parking |
| 2. | American Conference Institue | January 16-18, 2013 | San Francisco, CA | Speaking | Meals, hotel, transportation |
| 3. | American Conference Institute | January 31-February 1, 2013 | New York, NY | Speaking | Meals, hotel, transportation |
| 4. | American Conference Institute | April 29-30, 2013 | Washington, DC | Speaking | Meals, hotel, transportation |
| 5. | Central California Bankruptcy Institute | September 19-21, 2013 | Fresno, CA | Speaking | Meals, hotel, transportation |

| Name of Person Reporting | Date of Report |
|---|---|
| Magner, Elizabeth W. | 12/15/2014 |

| | | | | |
|---|---|---|---|---|
| 6. | American Bankruptcy Institute | December 5-6, 2013 | Los Angeles, CA | Speaking | Meals, hotel, transportation |

| Name of Person Reporting | Date of Report |
|---|---|
| Magner, Elizabeth W. | 12/15/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Magner, Elizabeth W. | 12/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Real property Waynesville, N.C.-purchased 2003; $165,000 | | None | M | R | | | | | |
| 2. United Health Group Common Stock | A | Dividend | K | T | | | | | |
| 3. Trust #1 income and principal beneficiary-Guardian Life Ins. | | None | N | T | | | | | |
| 4. Whitney National Bank Accounts | A | Interest | M | T | | | | | |
| 5. Guardian Life Insurance-universal variable life | A | Dividend | L | U | | | | | |
| 6. EWA, LLC | A | Int./Div. | J | U | | | | | |
| 7. Prime Cash Series | A | Interest | J | T | | | | | |
| 8. Berkshire Hathaway, Inc. common stock | | None | K | T | | | | | |
| 9. Trust #2- trustee only-no assets | | None | J | T | | | | | |
| 10. MA Patout, Inc | C | Int./Div. | J | U | | | | | |
| 11. Osceola County Fla. School Bd. Certificates | C | Interest | | | Matured | 06/03/13 | N | A | |
| 12. Prime Fund Capital Reserves-Class 7 day Yield | A | Interest | J | T | | | | | |
| 13. Fidelity Municipal Money Mkt Fund | A | Int./Div. | L | T | | | | | |
| 14. Advisorshares Cambria Global Tactial | A | Int./Div. | J | T | Sold (part) | 03/07/13 | K | A | |
| 15. Advisorshares Cambria Global Tactial | | None | | | Buy (add'l) | 03/07/13 | J | | |
| 16. Advisorshares Cambria Global Tactial | | None | | | Sold (part) | 06/11/13 | J | A | |
| 17. Advisorshares Cambria Global Tactial | | None | | | Sold (part) | 06/26/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Magner, Elizabeth W. | 12/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Advisorshares Cambria Global Tactial | | None | | | Sold (part) | 06/27/13 | J | A | |
| 19. Advisorshares Cambria Global Tactial | | None | | | Buy | 07/23/13 | J | | |
| 20. Advisorshares Cambria Global Tactial | | None | | | Sold (part) | 08/30/13 | J | A | |
| 21. Advisorshares Cambria Global Tactial | A | Int./Div. | J | T | Sold (part) | 10/24/13 | J | A | |
| 22. Barclays Bank PLC IPATH 12/06/36 | | None | | | Buy | 03/07/13 | J | | |
| 23. Barclays Bank PLC IPATH 12/06/36 | | | | | Buy (add'l) | 03/18/13 | K | | |
| 24. Barclays Bank PLC IPATH 12/06/36 | | | | | Sold (part) | 06/11/13 | K | A | |
| 25. Barclays Bank PLC IPATH 12/06/36 | | | | | Sold (part) | 06/26/13 | J | A | |
| 26. Barclays Bank PLC IPATH 12/06/36 | | | | | Sold (part) | 06/27/13 | J | A | |
| 27. Barclays Bank PLC IPATH 12/06/36 | | | | | Buy (add'l) | 07/24/13 | J | | |
| 28. Barclays Bank PLC IPATH 12/06/36 | | | | | Sold | 10/24/13 | K | B | |
| 29. Index TR Hedge Multi-strategy Tracker | | None | | | Sold (part) | 03/07/13 | K | A | |
| 30. Index TR Hedge Multi-strategy Tracker | | | | | Sold (part) | 06/26/13 | K | A | |
| 31. Index TR Hedge Multi-strategy Tracker | | | | | Sold (part) | 06/11/13 | K | A | |
| 32. Index TR Hedge Multi-strategy Tracker | | | | | Sold (part) | 06/27/13 | K | A | |
| 33. Index TR Hedge Multi-strategy Tracker | | | | | Buy (add'l) | 07/23/13 | K | | |
| 34. Index TR Hedge Multi-strategy Tracker | | | | | Buy (add'l) | 10/24/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Index TR Hedge Multi-strategy Tracker | | | | | Sold | 08/30/13 | J | A | |
| 36. Ishares Barclays 20+ Treas. Bond Fund | | None | | | Sold (part) | 02/01/13 | J | A | |
| 37. Ishares Barclays 20+ Treas. Bond Fund | | | | | Sold (part) | 02/01/13 | L | A | |
| 38. Ishares Barclays 20+ Treas. Bond Fund | | | | | Sold (part) | 02/25/13 | J | A | |
| 39. Ishares Barclays 20+ Treas. Bond Fund | | | | | Buy (add'l) | 06/11/13 | L | | |
| 40. Ishares Barclays 20+ Treas. Bond Fund | | | | | Sold | 06/26/13 | K | A | |
| 41. PIMCO 15+ US TIPS Index Fund | | None | | | Buy (add'l) | 03/07/13 | L | | |
| 42. PIMCO 15+ US TIPS Index Fund | | | | | Sold (part) | 03/18/13 | K | C | |
| 43. PIMCO 15+ US TIPS Index Fund | | | | | Sold (part) | 04/06/13 | J | A | |
| 44. PIMCO 15+ US TIPS Index Fund | | | | | Sold (part) | 06/11/13 | J | A | |
| 45. PIMCO 15+ US TIPS Index Fund | | | | | Sold (part) | 06/26/13 | K | A | |
| 46. PIMCO 15+ US TIPS Index Fund | | | | | Sold (part) | 06/27/13 | K | A | |
| 47. PIMCO 15+ US TIPS Index Fund | | | | | Sold (part) | 07/23/13 | K | A | |
| 48. PIMCO 15+ US TIPS Index Fund | | | | | Buy (add'l) | 08/30/13 | J | | |
| 49. PIMCO 15+ US TIPS Index Fund | A | Interest | K | T | Sold (part) | 10/24/13 | J | A | |
| 50. SPDR Series Trust Barclays Intl | | None | | | Sold | 03/07/13 | K | A | |
| 51. Vanguard Intl Equity Index Fund | A | Dividend | K | T | Sold (part) | 03/07/13 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Magner, Elizabeth W. | 12/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Vanguard Intl Equity Index Fund | | | | | Buy (add'l) | 03/18/13 | J | | |
| 53. Vanguard Intl Equity Index Fund | | | | | Sold (part) | 06/11/13 | J | A | |
| 54. Vanguard Intl Equity Index Fund | | | | | Sold (part) | 06/26/13 | J | A | |
| 55. Vanguard Intl Equity Index Fund | | | | | Sold (part) | 06/27/13 | J | A | |
| 56. Vanguard Intl Equity Index Fund | | | | | Buy (add'l) | 07/23/13 | J | | |
| 57. Vanguard Intl Equity Index Fund | | | | | Sold (part) | 08/30/13 | J | A | |
| 58. Vanguard Intl Equity Index Fund | A | Dividend | K | T | Buy (add'l) | 11/22/13 | K | | |
| 59. Ishares TR JPMorgan USD Emerging Mkts BD Fd (EMB) | | None | | | Buy (add'l) | 03/07/13 | J | | |
| 60. Ishares TR JPMorgan USD Emerging Mkts BD Fd (EMB) | | | | | Sold (part) | 03/18/13 | K | A | |
| 61. Ishares TR JPMorgan USD Emerging Mkts BD Fd (EMB) | | | | | Sold | | | | |
| 62. Guggenheim Managed Futures Strat ClH (RYMFX) | | None | | | Sold (part) | 03/08/13 | K | A | |
| 63. Guggenheim Managed Futures Strat ClH (RYMFX) | | | | | Buy (add'l) | 03/08/13 | J | | |
| 64. Guggenheim Managed Futures Strat ClH (RYMFX) | | | | | Sold (part) | 06/07/13 | J | A | |
| 65. Guggenheim Managed Futures Strat ClH (RYMFX) | | | | | Sold (part) | 06/07/13 | J | A | |
| 66. Guggenheim Managed Futures Strat ClH (RYMFX) | | | | | Sold (part) | 06/25/13 | J | A | |
| 67. Guggenheim Managed Futures Strat ClH (RYMFX) | | | | | Buy (add'l) | 07/19/13 | J | | |
| 68. Guggenheim Managed Futures Strat ClH (RYMFX) | | | | | Sold (part) | 08/28/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Magner, Elizabeth W. | 12/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Guggenheim Managed Futures Strat ClH (RYMFX) | | | J | T | Buy (add'l) | 10/22/13 | J | | |
| 70. Harris Cnty Tex Mun Util Dist No 165 | | None | M | T | Buy | 06/24/13 | J | A | |
| 71. Sienna Plantation Mun Util Dist No 10 | | None | L | T | Buy | 06/03/13 | M | | |
| 72. Pasco Cnty Fla Sch Brd Ctfs Partn COPS | | None | L | T | Buy | 06/03/13 | L | | |
| 73. DBX ETF TR XTRAK MSCI EAFE | | | | | Buy | 07/23/13 | K | | |
| 74. DBX ETF TR XTRAK MSCI EAFE | A | Dividend | K | T | Sold (part) | 10/24/13 | J | A | |
| 75. Deutsche Bank AG London PWRSHS DB Commodity DBLE Long ETIN | | None | J | T | Buy | 10/23/13 | J | | |
| 76. Proshares TR Ultra Russell 2000 Proshares | | None | K | T | Buy | 07/23/13 | K | | |
| 77. Proshares TR Ulta MSCI EAFE | | None | | | Buy | 07/23/13 | K | | |
| 78. Proshares TR Ulta MSCI EAFE | | | | | Sold (part) | 08/30/13 | J | A | |
| 79. Proshares TR Ulta MSCI EAFE | | | K | T | Buy (add'l) | 10/24/13 | J | | |
| 80. Proshares TR Proshares Ultra 20+ YR Treasury | | None | K | T | Buy | 03/07/13 | L | | |
| 81. Proshares TR Proshares Ultra 20+ YR Treasury | | | | | Buy (add'l) | 03/07/13 | L | | |
| 82. Proshares TR Proshares Ultra 20+ YR Treasury | | | | | Sold (part) | 03/07/13 | J | A | |
| 83. Proshares TR Proshares Ultra 20+ YR Treasury | | | | | Buy (add'l) | 04/19/13 | J | | |
| 84. Proshares TR Proshares Ultra 20+ YR Treasury | | | | | Sold (part) | 06/11/13 | K | A | |
| 85. Proshares TR Proshares Ultra 20+ YR Treasury | | | | | Sold (part) | 07/23/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Magner, Elizabeth W. | 12/15/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Proshares TR Proshares Ultra 20+ YR Treasury | | | K | T | Buy (add'l) | 10/24/13 | J | | |
| 87. Proshares Ultra S&P 500 Proshares | | None | | | Buy | 03/07/13 | L | | |
| 88. Proshares Ultra S&P 500 Proshares | | | | | Buy (add'l) | 03/07/13 | L | | |
| 89. Proshares Ultra S&P 500 Proshares | | | | | Buy (add'l) | 04/19/13 | K | | |
| 90. Proshares Ultra S&P 500 Proshares | | | | | Sold (part) | 06/11/13 | M | A | |
| 91. Proshares Ultra S&P 500 Proshares | | | | | Sold (part) | 06/26/13 | K | A | |
| 92. Proshares Ultra S&P 500 Proshares | | | | | Buy (add'l) | 07/23/13 | K | | |
| 93. Proshares Ultra S&P 500 Proshares | A | Dividend | K | T | Buy (add'l) | 10/24/13 | J | | |
| 94. Vanguard Index FDS Vanguard REIT ETF | | None | | | Buy | 07/23/13 | K | | |
| 95. Vanguard Index FDS Vanguard REIT ETF | A | Dividend | K | T | Buy (add'l) | 10/24/13 | J | | |
| 96. Wisdomtree Trust Japan Hedge EQT | | None | | | Buy | 07/23/13 | K | | |
| 97. Wisdomtree Trust Japan Hedge EQT | | | | | Sold (part) | | J | A | |
| 98. Wisdomtree Trust Japan Hedge EQT | | | K | T | Buy (add'l) | 10/24/13 | J | | |
| 99. Pimco All Asset All Authority -Instit CL | | None | | | Buy | 03/02/13 | J | | |
| 100. Pimco All Asset All Authority -Instit CL | | | | | Buy | 03/14/13 | J | | |
| 101. Pimco All Asset All Authority -Instit CL | | | | | Sold (part) | 03/14/13 | J | A | |
| 102. Pimco All Asset All Authority -Instit CL | | | | | Sold (part) | 06/07/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Magner, Elizabeth W. | 12/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  Pimco All Asset All Authority -Instit CL | | | | | Sold (part) | 06/24/13 | J | A | |
| 104.  Pimco All Asset All Authority -Instit CL | | | | | Sold (part) | 06/24/13 | J | A | |
| 105.  Pimco All Asset All Authority -Instit CL | | | | | Buy (add'l) | 07/19/13 | J | | |
| 106.  Pimco All Asset All Authority -Instit CL | | | | | Sold (part) | 08/28/13 | J | A | |
| 107.  Pimco All Asset All Authority -Instit CL | | | J | T | Sold (part) | 10/22/13 | J | A | |
| 108.  ISHARES Core S&P 500 ETF | | None | | | Buy (add'l) | 02/25/13 | J | | |
| 109.  ISHARES Core S&P 500 ETF | | | | | Sold (part) | 03/07/13 | L | D | |
| 110.  ISHARES Core S&P 500 ETF | | | | | Sold (part) | 06/25/13 | J | A | |
| 111.  ISHARES Core S&P 500 ETF | | | | | Buy (add'l) | 06/11/13 | M | | |
| 112.  ISHARES Core S&P 500 ETF | | | | | Sold (part) | 06/26/13 | J | A | |
| 113.  ISHARES Core S&P 500 ETF | | | | | Sold (part) | 06/27/13 | L | A | |
| 114.  ISHARES Core S&P 500 ETF | | | | | Sold (part) | 07/23/13 | J | A | |
| 115.  ISHARES Core S&P 500 ETF | A | Dividend | J | T | Sold (part) | 10/24/13 | K | A | |
| 116.  Ishares TR Russell 2000 Index FD | | None | | | Buy | 06/07/13 | J | | |
| 117.  Ishares TR Russell 2000 Index FD | | | | | Buy (add'l) | 03/07/13 | J | | |
| 118.  Ishares TR Russell 2000 Index FD | | | | | Sold (part) | 06/11/13 | J | A | |
| 119.  Ishares TR Russell 2000 Index FD | | | | | Sold (part) | 06/26/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Magner, Elizabeth W. | 12/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  Ishares TR Russell 2000 Index FD | | | | | Sold (part) | 06/27/13 | J | A | |
| 121.  Ishares TR Russell 2000 Index FD | | | | | Buy (add'l) | 10/24/13 | J | | |
| 122.  Ishares TR Russell 2000 Index FD | A | Dividend | K | T | Buy (add'l) | 07/23/13 | J | | |
| 123.  SPDR Series TR DB INTL GOVT INFL PROTECTED | | None | | | Sold | 03/07/13 | K | B | |
| 124. | | | | | | | | | |
| 125. | | | | | | | | | |
| 126. | | | | | | | | | |
| 127. | | | | | | | | | |
| 128. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Magner, Elizabeth W. | 12/15/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

I am the trustee for two family trusts, identfied as Trust #1 and #2. I am the beneficiary of only one of these trusts. Trust #2 has no assets.

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Elizabeth W. Magner**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544